479 A.2d 1097

Commonwealth v. Dobbin, Appellant.

Submitted January 12, 1984. Ronold J. Karasek, for appellant; Mark S. Refowich, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and CIRILLO, JJ.

Judgment of sentence affirmed as to the sentences imposed upon the convictions for involuntary manslaughter and conspiracy. The sentences imposed for criminal attempt to commit theft and criminal trespass are vacated. The record is remanded for disposition consistent with this opinion on the sentences imposed for burglary and aggravated assault. Jurisdiction is relinquished.